IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROSEANN B. CORELLO**<br><br>  Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC. AND CORELOGIC CREDCO, LLC**<br><br>  Defendants. | Civil Action No. 14-9766 (ER)(JCF)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Gregory Gorski, Esquire, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Roseann Corello in the above-captioned action.

I am in good standing of the bars of the states of Pennsylvania and New Jersey and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:                                                                 Respectfully Submitted,


                                                                         /s/ Gregory Gorski
                                                                         Applicant Signature

   Applicant's Name: Gregory Gorski

   Firm Name: Francis & Mailman, P.C.

   Address: Land Title Building, 19th Floor, 100 South Broad Street

   City/State/Zip: Philadelphia, PA 19110

   Telephone/Fax: 215-735-8600 / 215-940-8000

   E-mail: ggorski@consumerlawfirm.com