UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY FILED                     │
│ DOC #: _____                  │
│ DATE FILED:   6/5/2015                   │
└─────────────────────────────────────────┘
```

ROSEANN B. CORELLO

                                    Plaintiff(s),

        - against -

EXPERIAN INFORMATION SOLUTIONS,
INC., ET AL.                        Defendant(s).

-------------------------------------------------------------x

**CIVIL CASE DISCOVERY PLAN
AND SCHEDULING ORDER**

___14___ CV __9766_____ (ER)

        This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.      All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).  The parties are free to withhold consent without adverse substantive consequences.  (If all parties consent, the remaining paragraphs of this form need not be completed.)

2.      This case [is] [is not] to be tried to a jury.

3.      Joinder of additional parties must be accomplished by  June 15, 2015                .

4.      Amended pleadings may be filed until ____June 15, 2015_____.

5.      Interrogatories shall be served no later than  May 7, 2015_____, and responses thereto shall be served within thirty (30) days thereafter.  The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6.      First request for production of documents, if any, shall be served no later than  May 7, 2015_____.

7.      Non-expert depositions shall be completed by ____August 24, 2015_____.

        a.      Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

        b.      Depositions shall proceed concurrently.

        c.      Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8.    Any further interrogatories, including expert interrogatories, shall be served no later than _____July 24, 2015_____.

9.    Requests to Admit, if any, shall be served no later than _____May 7, 2015_____.

10.   Expert reports shall be served no later than _____July 24, 2015_____.

11.   Rebuttal expert reports shall be served no later than _____August 7, 2015_____.

12.   Expert depositions shall be completed by _____August 24, 2015_____.

13.   Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.   **ALL DISCOVERY SHALL BE COMPLETED BY** _____August 24, 2015_____.

15.   Any motions shall be filed in accordance with the Court's Individual Practices.

16.   This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.   The Magistrate Judge assigned to this case is the Hon. _____James C. Francis_____.

18.   If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19.   The next case management conference is scheduled for _____Sept. 9, 2015_____, at _____10:30 am_____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York
       _____June 5, 2015_____

_____
Edgardo Ramos, U.S. District Judge